# UNITED STATES DISTRICT COURT
## FOR THE Eastern District of Pennsylvania

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | : | **MDL 875** |
| LIABILITY LITIGATION | : | |
| ALL ACTIONS | : | |
| (See attached schedule for case list) | : | |

## <u>TRANSFER ORDER NO. 387</u>

The Court hereby ORDERS the Clerk of the District Court for the Eastern District

of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of

MDL−875 cases from the District Court for the Eastern District of Arkansas,

the Transferor Court, in accordance with the terms of this Court's Administrative

Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.


**BY THE COURT**



<u>s/EDUARDO C. ROBRENO</u>
**EDUARDO C. ROBRENO, J.**

Date: 04−13−09

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 9 2009

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| DATE | PA E.D. # | TRANSFER # | NAME OF PLAINTIFF | TRANSFER DIST./DIV. |
|---|---|---|---|---|
| 4/13/2009 | 65692 | 97-00387 | Hobbs, Debra Administratrix of the Estate of Robert Hobbs, Deceased | ARKANSAS EASTERN - 3 |
| 4/13/2009 | 65693 | 90-00030 | Leonard, John Carleton | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65694 | 90-00031 | Elliott, John D. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65695 | 90-00163 | McGhee, OL | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65696 | 90-00164 | Dugger, William | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65697 | 90-00167 | Price, Ben E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65698 | 90-00169 | Walton, Franklin J. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65699 | 90-00170 | Finch, George | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65700 | 90-00364 | Smothers, Ralph E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65701 | 90-00366 | Cooper, Vannis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65702 | 90-00367 | Trent, Cloyd | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65703 | 90-00368 | Beavers, Hosea C. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65704 | 90-00369 | Wait, Haulcy A. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65705 | 90-00370 | White, Theodis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65706 | 90-00371 | Wilson, McKinley | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65707 | 90-00373 | Hammons, Dallas R. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65708 | 90-00374 | Haynie, Herbert H. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65709 | 90-00375 | Hill, Lee G. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65710 | 90-00376 | Kerr, Albert L. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65711 | 90-00377 | Knowles, William H. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65712 | 90-00378 | Lively, Thurmon | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65713 | 90-00381 | Lumpkin, George E. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65714 | 90-00453 | Walker, CD | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65715 | 90-00454 | Reed, John | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65716 | 90-00459 | Tollison, RT | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65717 | 90-00588 | Daughtry, Lucille Special Administratrix and Individually in the matter of the Estate of James Daughtry, Deceased | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65718 | 90-00642 | Murders, Oren | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65719 | 90-00354 | Diden,Samuel R. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65720 | 90-00351 | Hunter, Ross C. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65721 | 90-00679 | Tanner, Jack | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65722 | 90-00695 | Keeter, George | ARKANSAS EASTERN - 4 |

| | | | | |
|---|---|---|---|---|
| 4/13/2009 | 65723 | 90-00696 | Walker, Cecil S. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65724 | 90-00755 | Holloway, William J. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65725 | 90-00850 | Dodson, Marvin | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65726 | 91-00012 | Fulmer, Louis | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65727 | 99-00076 | Drummond, Shirley<br>Clark, Julie<br>Chenevert, Donna<br>Drummond, Ardie | ARKANSAS EASTERN - 1 |
| 4/13/2009 | 65728 | 91-00056 | Melton, William D. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65729 | 91-00061 | Franks, Florence<br>Wife, Special Administratrix and<br>Indivdiually, in the matter of the Estate of<br>Gilbert Franks, Deceased | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65730 | 91-00157 | Johnson, JH, Jr. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65731 | 91-00246 | Jackson, Walter A. and Amy M. | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65732 | 91-00249 | Nicholas, Rose J.<br>Special Administratix of the Estate of<br>Fred B. Nicholas, Deceased | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65733 | 91-00459 | Steward, Tilmon | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65734 | 91-00460 | Hohler, James | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65735 | 91-00535 | Lipke, Norman | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65736 | 95-00542 | Cook, Neal | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65737 | 97-00888 | Woodard, Clark | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65738 | 97-00901 | Phillips, Crystal<br>Individually and as Adminstratrix of the<br>Estate of Clariece Cook | ARKANSAS EASTERN - 4 |
| 4/13/2009 | 65739 | 01-00093 | Nutt, James Herman | ARKANSAS EASTERN - 5 |